IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH M. ARCINOLO,<br>        Petitioner, | )<br>)  C.A. No. 24-344 Erie<br>) |
| v. | )  District Judge Susan Paradise Baxter<br>)  Chief Magistrate Judge Richard A. Lanzillo |
| MICHAEL HOLMAN,<br>        Respondent. | )<br>) |

## MEMORANDUM ORDER

This *pro se* action for habeas corpus relief under 28 U.S.C. § 2254 was filed by Petitioner Joseph M. Arcinolo, a pre-trial detainee in the custody of the Erie County Prison in Erie, Pennsylvania ("ECP"). In his habeas petition, Petitioner asserts that his arrest was unlawful because "proper procedures were not followed in that Magistrate Ferrick and Trooper J. Stutz failed to sign the Criminal Complaint and Affidavit of Probable Cause." [ECF No. 1]. As relief, Petitioner seeks an order directing that all charges be dropped. (Id.) The petition was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On May 6, 2025, Respondent filed a motion to dismiss [ECF No. 4], arguing that Petitioner's claim is precluded by the Younger abstention doctrine and that Petitioner has failed to fully articulate his claim. By Order dated May 7, 2025, Petitioner was ordered to file a response to Respondent's motion by June 6, 2025. [ECF No. 5]. After Petitioner failed to comply with this Order, Judge Lanzillo issued another order, dated October 1, 2025, requiring Petitioner to show cause on or before October 24, 2025, as to why this action should not be dismissed for failure to prosecute, and cautioning Petitioner that his continued failure to respond would result

1

in a recommendation that the case be dismissed for failure to prosecute [ECF No. 8]. Despite this warning, Petitioner again failed to respond or take any additional steps to continue prosecution of this action.

As a result, on January 9, 2026, Chief Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that the instant petition be dismissed, without prejudice, for Petitioner's failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. [ECF No. 9]. Objections to the R&R were due to be filed by January 26, 2026; however, no objections have been received by the Court.

Thus, after *de novo* review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 5th day of February, 2026,

IT IS HEREBY ORDERED that this action is DISMISSED, without prejudice, for Petitioner's failure to prosecute, in accordance with Rule 41(b) of the Federal Rules of Civil Procedure. As a result, Respondent's motion to dismiss [ECF No. 4] is DISMISSED as moot. The report and recommendation of Chief Magistrate Judge Lanzillo, dated January 9, 2026 [ECF No. 9], is adopted as the opinion of the Court.

The Clerk is directed to mark this case CLOSED.

*/s/ Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge

cc:   The Honorable Richard A. Lanzillo
      Chief United States Magistrate Judge

      All parties of record